IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTONIO JOSE VELASQUEZ ALTUVE, :
        Petitioner :
   v. : Case No. 3:25-cv-00574-KAP
LEONARD ODDO *et al.*, :
        Respondents :

<u>Rule and Order</u>

    In light of the Affidavit of Service docketed at ECF No. 5, service is to be made by counsel or, upon motion, by the Marshal. Within sixty days of service, respondent, through the United States Attorney for the Western District of Pennsylvania, shall file a response to the allegations in the petition for the writ of habeas corpus, showing cause, if any, why the writ should not be granted.

    The Rule and Order at ECF No. 4 is vacated.

DATE: January 13, 2025

                                             Keith A. Pesto,
                                             United States Magistrate Judge

Notice by ECF to counsel of record